```
1              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
2                      NASHVILLE DIVISION

3       UNITED STATES OF AMERICA,    )
                                     )
4                                    )
             v.                      ) Case No.
5                                    ) 3:18-cr-00304-1
        RICHARD N. SCHOTT,           )
6                                    ) CHIEF JUDGE CRENSHAW
                                     )
7      - - - - - - - - - - - - - - - - - - - - - - - - - - - -

8                       BEFORE THE HONORABLE

9         CHIEF DISTRICT JUDGE WAVERLY D. CRENSHAW, JR.

10                    EXCERPT OF PROCEEDINGS

11                        June 7, 2019
       - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12
       APPEARANCES:
13
               For the Plaintiff:   Kathryn W. Booth
14                                  Byron M. Jones
                                    U.S. Attorney's Office
15                                  110 Ninth Avenue S.
                                    Nashville, Tennessee 37203
16
               For the Defendant:   David Louis Raybin
17                                  Raybin & Weissman, P.C.
18                                  424 Chur Street
                                    Nashville, Tennessee 37219
19
                                    Matthew M. Curley
20                                  Bass, Berry & Sims
                                    150 Third Avenue South
21                                  Suite 2800
                                    Nashville, TN 37201
22

23     PREPARED BY:
                       LISE S. MATTHEWS, RMR, CRR, CRC
24                        Official Court Reporter
                         801 Broadway, Room A839
25                         Nashville, TN 37203
                     lise_matthews@tnmd.uscourts.gov
```

1     (Proceedings reported but not transcribed.)
2            THE DEFENDANT:  Your Honor, I stand here today
3  very humbled before you.
4            Never in my wildest dreams would I have thought
5  that one day I would be in front of a federal judge to be
6  sentenced for a crime involving my profession that's been my
7  life's work.  This experience has taught me I must replace my
8  pride with humility, a process I began when I decided to
9  plead guilty.
10           I understand there is a season in every life for
11 repentance and contrition, and this is mine.  I also
12 understand that acceptance of the punishment which I will
13 receive today from the Court is essential for reconciliation
14 with my community and justice for the taxpayers and others
15 that have been hurt by my conduct.
16           The facts in the Information are true.  As you
17 might imagine, I've spent a great deal of time considering
18 how I got to this point and how I can learn from this
19 experience.
20           My business started as an effort to grow and
21 expand my dental practice through extended hours and a
22 seven-day-a-week service to what I perceived to be
23 under-served communities.  This gave way to rapid expansion
24 with no real plan for managing the business in compliance
25 with the law.  This rapid growth of the business without

regard for the consequences was fueled by my addictive personality, which itself has caused other challenges in my life. I convinced myself it would all work out despite a lack of infrastructure, and I wrongly believed that someone else would watch the details of the business, when that was my responsibility. This is not an excuse, but an effort to explain how I got here.

As the owner of the dental practice, my failing resulted in billing fraud. These failings are mine and mine alone. I take full responsibility for the resulting consequences. My behavior was driven by the misguided notion I needed to do those things to be a great success as a dentist and as a person. What I have learned from this experience and what I have learned again today from my family, from my friends and from many of my patients, is how wrong I was about that.

To those who have appeared here today to explain to the Court the impact of my conduct, I want you to know I am profoundly sorry for the pain and the difficulty that my actions have caused you and your family. There's no excuse for what I did. I wish I had made better choices that would have spared you the pain that my actions caused.

As the Court is aware, I've surrendered my dental license. It is painful to know that I will never practice as a dentist again because of how much I loved helping people.

However, losing my license is one of the many reasons I can assure the Court I will never commit a similar offense.

I plan to be as active as I can in helping others while in prison and have considered how I can mentor or assist in educating fellow inmates during my time in prison. I've helped people through the years because helping others helped me come to terms with some things in my own past. I look forward to continuing to work to help others.

I also understand the importance of making restitution for these crimes. As my lawyers have explained, I've been working hard on making restitution since well before the government ever brought the charges against me. And I will continue to make this the highest priority.

I'm sorry to my beautiful and supportive family, especially my wife Nancy and my four children, whom I love with all my heart.

I want to stress to the Court I'm sorry for what I have done and for those whom I've hurt. My profound remorse is beyond words. I'm deeply committed to making amends for what I have done.

Thank you for this opportunity to address you.

(Proceedings reported but not transcribed.)

REPORTER'S CERTIFICATE

        I, Lise S. Matthews, Official Court Reporter for the United States District Court for the Middle District of Tennessee, with offices at Nashville, do hereby certify:

        That I reported on the Stenograph machine the excerpt of proceedings held in open court on November 19, 2019, in the matter of UNITED STATES OF AMERICA v. RICHARD N. SCHOTT, Case No. 3:18-cr-00304-1; that said proceedings in connection with the hearing were reduced to typewritten form by me; and that the foregoing transcript (pages 1 through 4) is a true and accurate record of said proceedings.

        This the 20th day of November, 2019.

        /s/ Lise S. Matthews
LISE S. MATTHEWS, RMR, CRR, CRC
Official Court Reporter