UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00304 |
| | ) | Chief Judge Crenshaw |
| RICHARD N. SCHOTT | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

The United States of America respectfully requests that Assistant United States Attorney Rascoe Dean be substituted in the place of Assistant United States Attorney Brent A. Hannafan as the attorney for the Government in this case.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By:    s/Rascoe Dean
RASCOE DEAN
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, a true and exact copy of the foregoing document has been sent to via U.S. mail to Richard N. Schott at the following address:

Richard N. Schott
410 Bellwood Drive.
Murfreesboro, Tennessee 37130

   s/ Rascoe Dean
RASCOE DEAN
Assistant United States Attorney