RECEIVED
in Clerk's Office
OCT 05 2022
U.S. District Court
Middle District of TN

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:18-CR-0304 |
| ) | Hon. Waverly D. Crenshaw, Jr. |
| RICHARD N. SCHOTT, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT OPPOSITION

NOW COMES the Defendant RICHARD N. SCHOTT, appearing *pro se*, and respectfully requests this Court grant me permission to file a reply to the Government's opposition to my Motion To Terminate Supervised Release.

The instant motion, filed on September 16, 2022, requested early termination of my supervised release term. Doc. 68. This Court ordered the government to respond on or before September 30th [Doc. 69] and the government did so on September 22nd. Doc. 72.

I wish to rebut all of the government's contentions in its brief in opposition to my motion, but a review of the local rules of motion practice (LR7.01 for civil motions) do not allow reply brief as right, but as optional. Further, the local criminal rules are mute on the subject. See LCrR12.01. Because of this ambiguity, I do not assume the ability to respond as of right and ask the Court for leave to do so.

1

For time needed, I can have such brief written and submitted on or before October 10, 2022, or within whatever briefing schedule the Court deems appropriate in its discretion.

WHEREFORE I, RICHARD N. SCHOTT, defendant in the above-enumerated case, pray this Court grant me leave to file a reply to the government's Response.

Respectfully submitted on the 3rd day of October, 2022.

*[signature: Richard N Schott]*
RICHARD N. SCHOTT
615-785-3605
SchottNate@Yahoo.com
[redacted; FRCrimP 49.1]
Murfreesboro, TN 37130
*Pro Se* Defendant

CERTIFICATE OF SERVICE

With my signature above, I, RICHARD N. SCHOTT, attest that I have affected delivery of a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT OPPOSITION to the Court and representative of the United States as opposing counsel.

Each copy contains an original signature and was mailed via U.S. Postal Service to the following addresses:

| **Kathryn W. Booth** | **Clerk of the U.S. District Court** |
|---|---|
| U.S. Attorney's Office (Nashville) | Middle District of Tennessee – Nashville |
| Middle District of Tennessee | 801 Broadway |
| 719 Church Street | Suite 800 |
| Suite 3300 | Nashville, TN 37203-3870 |
| Nashville, TN 37203 | |





**PRESS FIRMLY TO SEAL**     **PRESS FIRMLY**    CPU

U.S. POSTAGE
$27.90
EXFL 0007
Orig: 33431
Dest: 37203
10/04/22
2000052412

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( 615 ) 785-3605

Schott
410 Bellwood Dr.
Murfreesboro, TN 37130

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE (    )

Clerk of US Distr. Court
Middle Distr. of TN
801 Broadway
Ste 800 Nashville, TN
ZIP+4: 3 7 2 0 3 - 3 8 7 0

RECEIVED
in Clerk's Office
OCT 05 2022
U.S. District Court
Middle District of TN

EI 100 119 612 US

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 33431
Scheduled Delivery Date: 10/05/22
Postage: $27.90
Date Accepted: 10/04/22
Scheduled Delivery Time: ☒ 3:00 PM
Time Accepted: 10:25 AM
Total Postage & Fees: $27.90



UNITED STATES POSTAL SERVICE®

PEEL FROM THIS CORNER