

U.S. PROBATION & PRETRIAL SERVICES  
Middle District of Tennessee  

# memorandum

**Date:** October 31, 2022  
**From:** Montranese Vinson, U.S. Probation Officer  
**Subject:** Richard N. Schott (3:18CR00304-001)  
<u>Response to Request for Early Termination from Supervised Release</u>  
**To:** Honorable Waverly D. Crenshaw, Jr., Chief U.S. District Judge  

On June 7, 2019, Mr. Richard Schott was sentenced to 33 months' custody, followed by three years of supervised release. This sentence was pursuant to his conviction for Conspiracy to Commit Health Care Fraud.

On March 1, 2021, Mr. Schott began his three-year term of supervised release in the Middle District of Tennessee. Since his release, Mr. Schott has complied with all conditions of his supervision.

This memo is in response to the recently submitted motion for Early Termination filed by Mr. Richard Schott on behalf of himself. Due to Mr. Schott's successful transition back into the community and his ability to show ongoing stability in his life, the probation office supports the motion filed for early termination from supervised release.

Reviewed by:

_____  
Britton Shelton  
Supervisory U.S. Probation Officer