UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:18-cr-00304 |
| RICHARD N. SCHOTT, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, Richard N. Schott's Motion for Early Termination of Supervised Release (Doc. No. 68) is **GRANTED** and his term of supervised release is **TERMINATED** effective immediately.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE